**Law Office of Annemarie F. Dempsey**

Not a Partnership or Professional Corporation

- service by facsimile is not accepted -

**Joseph H. Green**

(914) 285-8545
(866) 540-9399 (fax)
JHGreen2@travelers.com

Mailing Address:
PO Box 2903
Hartford, CT 06104

May 14, 2025

**VIA PACER**

Honorable Judge Ronnie Abrams, J.S.C.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    Matter Name   Amara Kenneh v. Brianna Liz Wasley
              Index No.:    1:25-cv-2959

Dear Judge Abrams:

This office represents defendant Brianna Liz Wasley in connection with the above-referenced matter.

At this time, we would like to request a two-week adjournment of the upcoming conference, which is scheduled for May 16, 2025, to allow the parties time to confer and submit a joint letter and proposed case management plan and scheduling order.

Thank you for your consideration.

            Very truly yours,

            Joseph H. Green
            Attorney at Law

JHG/ct

cc:  **VIA PACER**
     BUDIN, REISMAN, KUPFERBERG & BERNSTEIN, LLP
     Attorneys for Plaintiff
     112 Madison Avenue, 2ND Floor
     New York, NY 10016-7416

---

Application granted. The conference previously scheduled for May 16, 2025 is hereby adjourned to May 30, 2025 at 1:30 p.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 15, 2025