| **Law Office of Annemarie F. Dempsey** | **Joseph H. Green** |
|---|---|
| Not a Partnership or Professional Corporation | (914) 285-8549 |
| - service by facsimile is not accepted - | (866) 540-9399 (fax) |
| | Jhgreen2@travelers.com |
| | Mailing Address: |
| | PO Box 2903 |
| | Hartford, CT 06104 |

May 29, 2025

**VIA PACER**

Honorable Judge Ronnie Abrams, J.S.C.
Unite States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  Matter Name    Amara Kenneh v. Brianna Liz Wasley
           Index No.:      1:25-cv-2959

Dear Judge Abrams:

This office has been representing defendant, Brianna Liz Wasley in connection with the above referenced matter.

At this time, we would like to request an additional two-week adjournment of the upcoming conference, which is scheduled for May 30, 2025, as this matter is being transferred to new counsel. This will allow the parties time to confer and submit a joint letter and proposed case management plan and scheduling order. My sincerest apology for the delay.

Thank you for your consideration.

           Very truly yours,

           Joseph H. Green
           Attorney at Law

JHG/ct

cc:    VIA PACER
       BUDIN, REISMAN, KUPFERBERG & BERNSTEIN, LLP
       Attorneys for Plaintiff
       112 Madison Avenue, 2nd Floor
       New York, NY 10016-7416

---

Application granted. The conference previously scheduled for May 30, 2025 is hereby adjourned to June 13, 2025 at 11:00 a.m.

SO ORDERED.

Hon. Ronnie Abrams
May 29, 2025