**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Amara Kenneh,

                    Plaintiff,

          -against-

Brianna Liz Wasley,

                    Defendant.

1:25-cv-02959 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Discovery in this action closed on March 16, 2026. (*See* 1/30/26 Mem. End., ECF No. 32.) It is hereby ORDERED that, no later than Tuesday, March 24, 2026, the parties shall file a joint letter regarding proposed next steps in this action, including whether they would like to be referred to mediation and/or if either side intends to file a dispositive motion. If not, the joint letter shall set forth proposed trial dates and a proposed schedule for the parties to file a Joint Pretrial Order and other pre-trial submissions required by Section IV of the Court's Individual Practices.

**SO ORDERED.**

Dated:    New York, New York
          March 17, 2026

_____
STEWART D. AARON
United States Magistrate Judge